# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

## IN RE: REAPPOINTMENT OF UNITED STATES MAGISTRATE JUDGE

## ORDER

In accordance with the provisions of 28 U.S.C. Section 631, and the procedures established by the Judicial Conference of the United States, a Merit Selection Panel has been established as of January 4, 2006, consisting of the following persons:

Honorable Alice Bridget Gibney, Associate Justice of the Rhode Island Superior Court
Honorable Edwin J. Gale, Associate Justice of the Rhode Island Superior Court
Patricia R. Recupero, J.D., M.D.
Sarah H. Rockett, Assistant Academic Dean, University of Rhode Island
Alan S. Flink, Attorney at Law
Walter C. Hunter, Vice President of Administration, Brown University
Phillip Kydd, Assistant Director, Administrative Services Division,
State of Rhode Island Department of Transportation

The Panel will meet periodically for the purpose of making a recommendation to the Court concerning the reappointment of Magistrate Judge David L. Martin for the District of Rhode Island. The Panel shall report on or before March 31, 2006.

It is so ORDERED:

Ernest C. Torres
Ernest C. Torres, Chief Judge

Mary M. Lisi
Mary M. Lisi, U.S. District Judge

William E. Smith, U.S. District Judge

Dated: January 4, 2006

Ronald R. Lagueux
Ronald R. Lagueux, Senior U.S. District Judge