David A. DiMarzio
Clerk of Court

# *UNITED STATES DISTRICT COURT*
## *District of Rhode Island*

Paulette J. Dube
Chief Deputy Clerk

**PUBLIC NOTICE**
**January 4, 2006**

**The current term of the office of United States Magistrate Judge David L. Martin is due to expire on September 28, 2006. The United States District Court for the District of Rhode Island as required by law has established a panel of citizens to consider the reappointment of the Magistrate Judge to a new eight year term.**

**The duties of a magistrate judge include the following: conduct hearings on motions and other preliminary proceedings in criminal and civil cases as assigned by the Judges of the District court, trial and disposition of misdemeanor cases, and trial and disposition of civil cases upon consent of the parties.**

**Comments from members of the Bar and public are invited as to whether the Incumbent Magistrate Judge should be recommended by the panel for reappointment by the Court and should be directed to:**

**David A. DiMarzio, Clerk of Court**
**Attention: USMJ**
**United States District Court**
**One Exchange Terrace**
**Providence RI 02903**

**Comments should be received no later than February 1, 2006.**